UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN S.,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>        Defendant. | Case No.:  23-cv-370-MMA (DEB)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 3] |

  Pending before the Court is Plaintiff Lauren S.'s Application to Proceed *In Forma Pauperis*. Doc. No. 3. For the reasons set forth below, the Court **DENIES** Plaintiff's Application.

  A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing inability to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed in forma pauperis. *Adkins*

*v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948).  An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id*. (internal quotations omitted).

Plaintiff's is unemployed and receives a monthly income of $250 from public-assistance.  *See* Doc. No. 3 at 2.  Plaintiff has $0 in cash and no checking or savings accounts.  *Id.* at 2.  Plaintiff has no assets.  *Id.* at 3.  Plaintiff also has no monthly expenses.  *Id.* at 4–5.  Plaintiff's lack of expenses suggests Plaintiff may have the ability to pay the required filing fee.

Based on the foregoing, the Court cannot find Plaintiff is entitled to *in forma pauperis* status.  The Court therefore **DENIES WITHOUT PREJUDICE** Plaintiff's Application.  The Court **ORDERS** Plaintiff to pay the requisite fee within 30 days of the date of this Order or her case may be dismissed.

**IT IS SO ORDERED**.

Dated:  March 22, 2023

HON. MICHAEL M. ANELLO
United States District Judge